UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
DENNIS SINDONE,

                              Plaintiff,      **AMENDED NOTICE OF MOTION TO DISMISS THE COMPLAINT**

      - against -

RAYMOND KELLY, as Commissioner of the New York     05 CV 7860 (VM)
City Police Department; BERNARD B. KERIK, as Former
Commissioner of the New York City Police Department;
THE NEW YORK CITY POLICE DEPARTMENT; and
THE CITY OF NEW YORK

                              Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the Declaration of Assistant Corporation Counsel Melissa G. Shear, dated January 6, 2006, together with the exhibits annexed thereto, the memorandum of law in support of defendants' motion to dismiss the complaint, dated January 6, 2006, and all other pleadings and proceedings previously had herein, defendants will move this Court before the Honorable Victor Marrero, United States District Judge, United States District Court, Southern District of New York, at the United States Courthouse for the Southern District of New York, located at 40 Centre Street, New York, New York, on a date and at a time to be designated by the Court, or as soon thereafter as counsel may be heard, for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety on the grounds that: (1) the complaint fails to state a claim upon which relief may be granted, (2) the Court does not have jurisdiction over the claims asserted, and (3) the complaint is barred by the doctrine of res judicata, and for a judgment for defendants together with such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that pursuant to the briefing schedule approved by the Court by memo endorsed order dated November 17, 2005, answering papers, if any, must be served on the undersigned no later than January 27, 2006. Reply papers, if any, shall be served by February 10, 2006.

Dated:    New York, New York
            January 11, 2006

                        **MICHAEL A. CARDOZO**
                        Corporation Counsel of
                          the City of New York
                        Attorney for Defendants
                        100 Church Street Room 2-122
                        New York, New York 10007
                        (212) 788-0887

            By:   */s/ Melissa Shear*
                    Melissa G. Shear (MS1704)
                    Assistant Corporation Counsel

To:    James M. Thayer, Esq
        GORDON, GORDON, & SCHNAPP, P.C.
        Attorneys for Plaintiff
        437 Madison Avenue, 39th Floor
        New York, NY 10022
        (212) 355-3200

05 Civ. 7860 (VM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS SINDONE,

　　　　　　　　　　　　　　　　Plaintiff,

- against -

RAYMOND KELLY, as Commissioner of the New York City Police Department; BERNARD B. KERIK, as Former Commissioner of the New York City Police Department; THE NEW YORK CITY POLICE DEPARTMENT; and THE CITY OF NEW YORK

　　　　　　　　　　　　　　　　Defendants.

**AMENDED NOTICE OF MOTION TO DISMISS THE COMPLAINT**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-122*
*New York, N.Y. 10007-2601*

*Of Counsel: Melissa G. Shear*
*Tel: (212) 788-0887*
*NYCLIS No. 05 LE 000296*

*Due and timely service is hereby admitted.*

*New York, N.Y. ..................................., 200*

*Signed ..................................*

*Attorney for ..................................*